## SOLOMON *et al. v.* BATEMAN-FREEMAN COMPANY.

No. 8440.   NOVEMBER 12, 1931.

*D. Lee Churchwell,* for plaintiffs in error.
*Edward F. Taylor,* contra.

HINES, J. This is the second appearance of this case in this court. 171 *Ga.* 266. Solomon and the sheriff of Bibb County, the defendants, demurred to the petition on the ground that it set forth no case. The trial court overruled the demurrer, and the defendants excepted. This court affirmed that judgment. The right of the plaintiff to recover upon proof of the allegations of the petition was adjudicated favorably to it by the judgment overruling the demurrer and the judgment of this court affirming the judgment of the trial court; and when the plaintiff introduced evidence substantially proving the case as laid in the petition, and not negativing in any way the right to recover, and where the defendant offered no evidence, the judge did not err in directing a verdict and

in entering thereon judgment for the plaintiff. *Sims* v. *Ga. Ry. & El. Co.,* 123 *Ga.* 643 (51 S. E. 573); *Brooks* v. *Rawlings,* 138 *Ga.* 310 (75 S. E. 157); *Bailey* v. *Georgia & Florida Ry.,* 144 *Ga.* 139 (2) (86 S. E. 326); *Hixon* v. *Hinkle,* 156 *Ga.* 341 (118 S. E. 874). *Judgment affirmed. All the Justices concur.*